|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

In re: M. CHRISTOPHER RESIDENTIAL LLC, §§§§§§§

      Debtor,

MARK A. WEISBART, *as the Chapter 7 Trustee*,

      Plaintiff,

*versus*

RUDY RIVAS, *et al.*,

      Defendants.

CIVIL ACTION NO. 4:20-CV-426

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On November 8, 2019, the defendants filed a motion seeking to withdraw the district court's reference of this adversary proceeding to the bankruptcy court pursuant to 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 5011. On May 22, 2020, the Honorable Brenda T. Rhodes, United States Bankruptcy Judge, submitted a Report and Recommendation (#4), wherein Judge Rhodes recommends that the court withdraw the reference of this adversary proceeding and that this dispute proceed to trial by jury before the district court.

The court has received the Report and Recommendation of the United States Bankruptcy Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

Accordingly, the Report and Recommendation is ADOPTED. Defendant's Motion to Withdraw the Reference (#1) is GRANTED. This adversary proceeding shall proceed to trial by jury before the district court.

SIGNED at Beaumont, Texas, this 25th day of June, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE